# COURT MINUTES
## Magistrate Judge Lisette Reid

Atkins Building Courthouse - 3rd Floor  Date: 09/25/2026  Time: 10:00 AM

Defendant: Alejandro Giraldo Zapata  J#: 52732-506  Case #: 22-CR-20104-BECERRA

AUSA: ______  Attorney: James Benjamin -CJA

Violation: CONSPIRACY TO PROVIDE MATERIAL SUPPORT OR RESOURCES TO CARRY OUT A VIOLATION OF SECTION 956 RESULTING IN DEATH

Proceeding: Detention Hearing; Status RE: Indig.  CJA Appt: ______

Bond/PTD Held: ☐ Yes ☐ No  Recommended Bond: ______

Bond Set at: **STIP-PTD with right to revisit**  Co-signed by: ______

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ______ x's a week/month by phone: ______ x's a week/month in person
- ☐ Random urine testing by Pretrial Services ______ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ______ pm to ______ am, paid by ______
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: ______
- ☐ Other: ______

Language: Spanish

Disposition:
*Brady Order given on 9/21/26*
Governments Ore Tenus request for PTD is Granted pursuant to stipulated detention with right to revisit. No hearing held
Defendant's Ore Tenus request to reschedule Arraignment; Granted.
Defendant sworn and colloquied regarding his financial ability to contribute to the Court registry.
Defendant found indigent. No payment to the Court registry required.

Time from today to ______ excluded from Speedy Trial Clock

| NEXT COURT APPEARANCE | Date: | Time: | Judge: | Place: |
|---|---|---|---|---|
| Report RE Counsel: | | | | |
| PTD/Bond Hearing: | | | | |
| Prelim/**Arraign** or Removal: | **09/30** | **10:00 AM** | **DUTY** | **MIAMI** |
| Status Conference RE: | | | | |

D.A.R. 10:30:19  Time in Court: 4 minutes