# COURT MINUTES

## Magistrate Judge Eduardo Sanchez

Atkins Building Courthouse - 6th Floor

Date: 09/30/2026 Time: 10:00 AM

Defendant: Alejandro Giraldo Zapata J#: 52732-506 Case #: 22-CR-20104-BECERRA (s)(s)(s)(s)(s)(s)

AUSA: Michael Sartoian Attorney: James S. Benjamin-CJA

Violation: Conspiracy to Provide Material Support or Resources to Carry out a Violation of Section 956 Resulting un Death.

Proceeding: Arraignment CJA Appt:

Bond/PTD Held: ☑ Yes ☐ No Recommended Bond:

Bond Set at: PTD Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ______ x's a week/month by phone: ______ x's a week/month in person
- ☐ Random urine testing by Pretrial Services ______ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ______ pm to ______ am, paid by ______
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: Spanish

Disposition:

*Brady order given on 9/21/26*

Deft Arraigned on 6th Superseding Indictment.

*Reading of Indict. Waived;*

*Not Guilty plea entered Jury Trial demanded;*

*Standing Discovery Order requested.*

Defendant's ore tenus request for entry of S.D.O. -**GRANTED**.

**BRADY ORDER GIVEN**

Status Conf RE: Indig. matter will be scheduled before Mag. Judge Reid.

Time from today to ______ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE** Date: Time: Judge: Place:

Report RE Counsel:

PTD/Bond Hearing:

Prelim/Arraign or Removal:

Status Conference RE:

D.A.R. 11:28:57 Time in Court: 5 minutes