IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case Number: 22-20104-CR-Becerra

UNITED STATES OF AMERICA,

Plaintiff,

v.

ALEJANDRO GIRALDO ZAPATA,

Defendant.

_________________________________/

**MOTION TO ADOPT DEFENDANT JHON JADER ANDELA'S UNOPPOSED MOTION FOR AN ORDER INSTRUCTING FDC MIAMI TO FACILITATE IN-PERSON ATTORNEY-CLIENT VISITS WITH CLIENT/INMATE**

COMES NOW the Defendant, Alejandro Giraldo Zapata, by and through his undersigned counsel, James S. Benjamin, Esquire, Benjamin, Aaronson, Edinger & Patanzo, PA, and requests this Honorable Court permit him to adopt Defendant Jhon Jader Andela's Unopposed Motion for an Order Instructing FDC Miami to Facilitate In-Person, Attorney-Client Visits with Client/Inmate, Alejandro Giraldo Zapata. Mr. Zapata is similarly situated at FDC Miami and for this reason, counsel hereby files this Motion to Adopt, and seeks the same relief.

Respectfully submitted,
/s/ James S. Benjamin
JAMES S. BENJAMIN, Esquire
Benjamin, Aaronson, Edinger & Patanzo, PA
1700 East Las Olas Blvd., Suite 202
Fort Lauderdale FL 33301
(954) 779-1700
Jamie@BenjaminAaronson.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing was filed with the CM/ECF system and a copy was furnished, with that filing, to all parties of record, this 6th day of October, 2026.

/s/ James S. Benjamin
JAMES S. BENJAMIN, Esquire