UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case Number: 25-20104-CR-Becerra

UNITED STATES OF AMERICA,

Plaintiff,

v.

ALEJANDRO GIRALDO ZAPATA,

Defendant.
_______________________________/

**ORDER GRANTING DEFENDANT'S MOTION TO ADOPT DEFENDANT JHON JADER ANDELAS UNOPPOSED MOTION FOR AN ORDER INSTRUCTING FDC MIAMI TO FACILITATE IN-PERSON ATTORNEY-CLIENT VISITS WITH CLIENT-INMATE**

**THIS CAUSE**, having come before the Court on Defendant Alejandro Giraldo Zapata's Motion to Adopt Co-defendant Jhon Jader Andela's Unopposed Motion, ECF No. 2093, and the Court having reviewed said Motion and being otherwise duly advised in the premises, it is

ORDERED and ADJUDGED that the Motion is **GRANTED**.

The Federal Bureau of Prisons is hereby directed and required to provide Defendant, Alejandro Giraldo Zapata, Register Number 52732-506, and his defense counsel, during visiting hours, upon defense counsel's request, full access to a private conference room designated for attorney visits without a glass partition separating defense counsel from

Mr. Zapata at FDC Miami, or at any other facility in which Mr. Zapata may be housed pending trial.

DONE AND ORDERED in Miami-Dade, Florida, this 7th day of October, 2026.

Jacqueline Becerra
United States District Judge